Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re: ) Case No._____
)
) ORDER VALUING PROPERTY PURSUANT
) TO 11 U.S.C. §506 AND AVOIDING WHOLLY
Debtor(s) ) UNSECURED LIEN IN A CHAPTER 13 CASE

THIS MATTER came before the Court on debtor's *Motion to Value Property Pursuant to 11 U.S.C. §506 and Avoid Wholly Unsecured Lien in a Chapter 13 Case.* The Court having reviewed the records and files herein, and having determined that no timely response has been filed to debtor's motion,

IT IS HEREBY ORDERED that the lien of _____,
recorded in _____ County, State of _____ on _____,
as Reference No./Book No./Reel No./Other Identifying Reference _____
_____, against debtor's real property located at _____
_____, a legal description of which is (attach exhibit if necessary) _____
_____,
is wholly unsecured, is avoided, and is no longer a lien against the real property referenced herein.

IT IS FURTHER ORDERED that if this case is dismissed or converted to one under Chapter 7, the lien avoided by this order shall be reinstated.

IT IS FURTHER ORDERED that any claim formerly secured by the avoided lien will be treated as a secured claim to the extent previously paid by the Chapter 13 Trustee, and an unsecured claim for the remainder, without prejudice to any other objections to the claim.

###

PRESENTED BY:

_____
Signature of Debtor/Debtor's Attorney
Typed Name: _____
OSB# (if applicable): _____

cc: Debtor; Debtor's Attorney; Trustee; Lienholder (Insert address(es) if not ECF Participant; attach continuation page if
needed):_____
_____
_____
_____